## ATTACHMENT A

**Plaintiffs:**

The State of Connecticut
The State of Alabama
The State of Alaska
The State Arizona
The State of Colorado
The State of Delaware
The State of Florida
The State of Hawaii
The State of Idaho
The State of Illinois
The State of Indiana
The State of Iowa
The State of Kansas
The Commonwealth of Kentucky
The State of Louisiana
The State of Maine
The State of Maryland
The Commonwealth of Massachusetts
The State of Michigan
The State of Minnesota
The State of Mississippi
The State of Missouri
The State of Montana
The State of Nebraska
The State of Nevada
The State of New Jersey
The State of New Mexico
The State of New York
The State of North Carolina
The State of North Dakota
The State of Ohio
The State of Oklahoma
The State of Oregon
The Commonwealth of Pennsylvania
The Commonwealth of Puerto Rico
The State of Rhode Island
The State of South Carolina
The State of Tennessee
The State of Utah
The State of Vermont
The Commonwealth of Virginia
The State of Washington
The State of West Virginia
The State of Wisconsin

## ATTACHMENT B

Teva Pharmaceuticals USA, Inc.

Actavis Holdco US, Inc.

Actavis Pharma, Inc.

Amneal Pharmaceuticals, Inc.

Apotex Corp.

Aprahamian, Ara

Aurobindo Pharma U.S.A., Inc.

Berthold, David

Breckenridge Pharmaceutical, Inc.

Brown, James (Jim)

Cavanaugh, Maureen

DiValerio Sullivan, Tracy

Dr. Reddy's Laboratories, Inc.

Falkin, Marc

Glenmark Pharmaceuticals, Inc., USA

Grauso, James (Jim)

Green, Kevin

Greenstone LLC

Kellum, Armando

Lannett Company, Inc.

Lupin Pharmaceuticals, Inc.

Mylan Pharmaceuticals, Inc.

Nailor, Jill

1

Nesta, James (Jim)

Ostaficiuk, Konstantin

Par Pharmaceutical Companies, Inc.

Patel, Nisha

Pfizer, Inc.

Rekenthaler, David

Rogerson, Richard (Rick)

Sandoz, Inc.

Taro Pharmaceuticals USA, Inc.

Upsher-Smith Laboratories, LLC

Wockhardt USA, LLC

Zydus Pharmaceuticals (USA), Inc.

# ATTACHMENT C

**Attorney for Defendant Teva Pharmaceuticals USA, Inc.**
> J. Gordon Cooney, Jr.
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA  19103-2921

**Attorneys for Defendant Actavis Holdco US, Inc.**
> Sheron Korpus
> Kasowitz Benson Torres LLP
> 1633 Broadway
> New York, NY  10019

**Attorneys for Defendant Actavis Pharma, Inc.**
> Sheron Korpus
> Kasowitz Benson Torres LLP
> 1633 Broadway
> New York, NY  10019

**Attorneys for Defendant Apotex Corp**
> James W. Matthews
> Foley & Lardner LLP
> 111 Huntington Ave., Suite 2500
> Boston, MA  02199-7610

**Attorneys for Defendant Ara Aprahamian**
> G. Robert Gage, Jr.
> Gage Spencer & Flemin LLP
> 410 Park Ave.
> New York, NY  10022

**Attorneys for Defendant Aurobindo Pharma U.S.A, Inc.**
> Daniel R. Walworth
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA  19103

**Attorneys for Defendant David Berthold**
> Gregory L. Poe
> Law Offices of Gregory L. Poe PLLC
> 1001 Pennsylvania Ave., NW, Suite 7204
> Washington, DC  20004

1

**Attorneys for Defendant Breckenridge Pharmaceutical, Inc.**
Stacey Anne Mahoney
Morgan Lewis & Brockius LLP
1010 Park Avenue
New York, NY 10178-0060

**Attorneys for Defendant James (Jim) Brown**
Catherine Recker
Welsh & Recker PC
2000 Market Street, Suite 2903
Philadelphia, PA  19103

**Attorneys for Defendant Maureen Cavanaugh**
Thomas H. Suddath Jr.
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103

**Attorneys for Tracy Sullivan DiValerio**
Amy B. Carver
Law Offices Welsh & Recker
2000 Market Street, Suite 2903
Philadelphia, PA  19103

**Attorneys for Defendant Dr. Reddy's Laboratories, Inc.**
Roger B. Kaplan
Greenberg Traurig LLP
500 Campus Drive, Suite 400
Florham Park, NJ  07932

**Attorneys for Defendant Marc Falkin**
James A. Backstrom
James A. Backstrom Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA  19102-1932

**Attorneys for Defendant Glenmark Pharmaceuticals, Inc.**
Steven A. Reed
Morgan Lewis & Brockivs LLP
1701 Market Street
Philadelphia, PA  19103-7042

**Attorneys for Defendant James (Jim) Grauso**
Robert E. Connolly
Geyer Gorey
1220 L Street NW, S 100, #418
Washington, DC  2005-4018

**Attorneys for Defendant Kevin Green**
Robert E. Welsh, Jr.
Welsh & Recker PC
2000 Market St., Suite 2903
Philadelphia, PA  19103

**Attorneys for Defendant Greenstone LLC**
Tara Reinhart
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington DC 20005-2111

**Attorneys for Defendant Armando Kellum**
Catherine Redlich
Driscoll & Redlich
110 W 40th Street, Suite 1900
New York, NY  10018

**Attorneys for Defendant Lannett Company, Inc.**
Patrick J. Egan
Fox Rothschild
2000 Market Street - 20th Floor
Philadelphia, PA 19103-3222

**Attorneys for Defendant Lupin Pharmaceuticals, Inc.**
Leiv Blad Jr.
Lowenstein Sandler LLP
2200 Pennsylvania Ave. NW
Washington, DC  20037

**Attorneys for Defendant Mylan Pharmaceuticals, Inc.**
Chul Pak
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY  10019, (212) 497-7726

**Attorneys for Defendant Jill Nailor**
 Tara L. Reinhart
 Skadden, Arps, Slate, Meagher & Flom LLP
 1440 New York Ave. NW
 Washington, DC  20005-2111

**Attorneys for Defendant James Nesta**
 Barry Boss
 Cozen O'Connor
 1200 Nineteenth St., NW
 Washington, DC  20036

**Attorneys for Defendant Par Pharmaceutical Companies, Inc.**
 John E. Schmidtlein
 Williams & Connolly LLP
 725 Twelfth St. NW
 Washington, DC  20005

**Attorneys for Defendant Pfizer, Inc.**
 Tara Reinhart
 Skadden, Arps, Slate, Meagher & Flom LLP
 1440 New York Ave. NW
 Washington DC 20005-2111, (202) 371-7630

**Attorneys for Kon Ostaficiuk**
 David Schertler
 Schertler & Onorato, L.L.P.
 901 New York Avenue, NW, Suite 500
 Washington, D.C.  20001, (202) 628-4199

**Attorneys for Nisha Patel**
 Larry A. Mackey
 Barnes & Thornburg, LLP
 11 South Meridian Street
 Indianapolis, IN  46204-3535

**Attorneys for David Rekenthaler**
 Thomas H. Lee II
 Dechert LLP
 Cira Centre
 2929 Arch Street
 Philadelphia, PA  19104-2808

4

**Attorneys for Richard (Rick) Rogerson**
Stephen A. Miller
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103

**Attorneys for Sandoz, Inc.**
Saul P. Morgenstern
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY  10019

**Attorneys for Taro Pharmaceuticals USA, Inc.**
Jeffrey T. Green
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005

John Taladay
Baker Botts
The Warner
1299 Pennsylvania Ave.
Washington, D.C. 20004-2400

**Attorneys for Upsher-Smith Laboratories,**
Daniel S. Ruzumna
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710

**Attorneys for Wockhardt USA, LLC**
Cliff Katz
Kelly Drye & Warren LLP
101 Park Ave.
New York, NY  10178

**Attorneys for Zydus Pharmaceuticals (USA), Inc.**
Jason Parish
Buchanan Ingersoll & Rooney, P.C.
1700 K Street N.W., Suite 300
Washington, DC  20006-3807