# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE STATE OF CONNECTICUT; | |
| THE STATE OF ALABAMA; | |
| THE STATE OF ALASKA; | **Civil Action No. 19-cv-710 (MPS)** |
| THE STATE OF ARIZONA; | |
| THE STATE OF COLORADO; | |
| THE STATE OF DELAWARE; | |
| THE STATE OF FLORIDA; | |
| THE STATE OF HAWAII; | |
| THE STATE OF IDAHO; | **May 15, 2019** |
| THE STATE OF ILLINOIS; | |
| THE STATE OF INDIANA; | |
| THE STATE OF IOWA; | |
| THE STATE OF KANSAS; | |
| THE COMMONWEALTH OF KENTUCKY; | |
| THE STATE OF LOUISIANA; | |
| THE STATE OF MAINE; | |
| THE STATE OF MARYLAND; | |
| THE COMMONWEALTH OF      MASSACHUSETTS; | |
| THE STATE OF MICHIGAN; | |
| THE STATE OF MINNESOTA; | |
| THE STATE OF MISSISSIPPI; | |
| THE STATE OF MISSOURI; | |
| THE STATE OF MONTANA; | |
| THE STATE OF NEBRASKA; | |
| THE STATE OF NEVADA; | |
| THE STATE OF NEW JERSEY; | |
| THE STATE OF NEW MEXICO; | |
| THE STATE OF NEW YORK; | |
| THE STATE OF NORTH CAROLINA; | |
| THE STATE OF NORTH DAKOTA; | |
| THE STATE OF OHIO; | |
| THE STATE OF OKLAHOMA; | |
| THE STATE OF OREGON; | |
| THE COMMONWEALTH OF      PENNSYLVANIA; | |
| THE COMMONWEALTH OF PUERTO RICO; | |
| THE STATE OF RHODE ISLAND; | |
| THE STATE OF SOUTH CAROLINA; | |
| THE STATE OF TENNESSEE; | |
| THE STATE OF UTAH; | |
| THE STATE OF VERMONT; | |
| THE COMMONWEALTH OF VIRGINIA; | |

2

THE STATE OF WASHINGTON;
THE STATE OF WEST VIRGINIA;
THE STATE OF WISCONSIN;

     v.

TEVA PHARMACEUTICALS USA, INC.;
ACTAVIS HOLDCO US, INC.;
ACTAVIS PHARMA, INC.;
AMNEAL PHARMACEUTICALS, INC.;
APOTEX CORP.;
ARA APRAHAMIAN;
AUROBINDO PHARMA U.S.A., INC.;
DAVID BERTHOLD;
BRECKENRIDGE PHARMACEUTICAL, INC.;
JAMES (JIM) BROWN;
MAUREEN CAVANAUGH;
TRACY SULLIVAN DIVALERIO;
DR. REDDY'S LABORATORIES, INC.;
MARC FALKIN;
GLENMARK PHARMACEUTICALS, INC., USA;
JAMES (JIM) GRAUSO;
KEVIN GREEN;
GREENSTONE LLC;
ARMANDO KELLUM;
LANNETT COMPANY, INC.;
LUPIN PHARMACEUTICALS, INC.;
MYLAN PHARMACEUTICALS INC.;
JILL NAILOR;
JAMES (JIM) NESTA;
PAR PHARMACEUTICAL COMPANIES, INC.;
NISHA PATEL;
PFIZER, INC.;
KONSTANTIN OSTAFICIUK;
DAVID REKENTHALER;
RICHARD (RICK) ROGERSON;
SANDOZ, INC.;
TARO PHARMACEUTICALS USA, INC.
UPSHER-SMITH LABORATORIES, LLC;
WOCKHARDT USA LLC;
ZYDUS PHARMACEUTICALS (USA), INC.

2

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the Plaintiff State of Connecticut in the above-captioned case.

Dated at Hartford, Connecticut, this 15th day of May, 2019.

                                          PLAINTIFF

                                          WILLIAM TONG
                                          ATTORNEY GENERAL

BY:    /s/ Laura J. Martella
           Laura J. Martella
           Federal Bar No. ct27380
           Assistant Attorney General
           55 Elm Street, P.O. Box 120
           Hartford, CT  06141-0120
           Tel: (860) 808-5040
           Fax: (860) 808-5033
           Laura.martella@ct.gov

## **CERTIFICATION**

A copy of the foregoing Notice of Appearance was e-mailed to all known counsel of record on May 15, 2019. The names and addresses of counsel are identified in Attachment C to the Civil Cover Sheet.

/s/ Laura J. Martella\_\_\_
Laura J. Martella
Assistant Attorney General

4