UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **State Attorneys General Antitrust Litigation re Generic Pharmaceuticals** | **HON.** Michael Shea |
| **THIS DOCUMENT RELATES TO:** | |
| *Connecticut, et al. v. Aurobindo Pharma USA, Inc., et al.* | 3:16-cv-02056-MPS |
| *Connecticut, et al. v. Teva Pharmaceuticals USA, Inc.* | 3:19-cv-00710-MPS |
| *Connecticut, et al. v. Sandoz, Inc., et al.* | 3:20-cv-00802-MPS |

**Joint Proposed Agenda for the August 1, 2024, Status Conference**

This complies with the Court's acceptance of defendants' offer that the parties meet and confer and file a proposed agenda. *E.g.*, ECF 326, 3:20-cv-00802-MPS. That proposed agenda is:

1. Overview/history and nature of claims and defenses
    a. Procedural Status of Cases
    b. Pending Motions and Answers to Complaints

2. Discovery
    a. State AGs discovery
    b. Non-bellwether discovery
    c. Expert work in bellwether action

3. Moving Forward
    a. Relationship with MDL, including remaining schedule
    b. Proposals re dispositive motions
    c. Trial date for bellwether action

1

4. Settlement/bankruptcy status

    The lead speakers for the states will be Connecticut's Joe Nielsen, New York's Bob Hubbard, California's Sophia TonNu, and Kansas's Chris Teters.

    The lead speakers for the defendants will be George Gordon (Lannett), Chris Ondeck (Sandoz), Alison Tanchyk (Teva), Benjamin Holt (Mylan), Whitney Cloud (Greenstone), and Michael Miller (Glenmark).

Dated: July 24, 2024

    Respectfully submitted,

| | |
|---|---|
| WILLIAM TONG<br>ATTORNEY GENERAL<br>STATE OF CONNECTICUT | LETITIA JAMES<br>ATTORNEY GENERAL<br>STATE OF NEW YORK |
| */s/ W. Joseph Nielsen*<br>W. Joseph Nielsen, ct20415<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5030<br>Joseph.Nielsen@ct.gov | */s/ Robert L. Hubbard*<br>Robert L. Hubbard, ct30195<br>Assistant Attorney General<br>Office of the Attorney General<br>Antitrust Bureau<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8267 |
| Robert.Hubbard@ag.ny.gov | |
| *Attorney for the State of Connecticut* | |
| | *Attorney for the State of New York* |

2